KRISTINA L. HILLMAN, Bar No. 208599
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, CA 94608
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: khillman@unioncounsel.net
nstark@unioncounsel.net

NOAH W. STARK, Bar No. 364325
WEINBERG, ROGER & ROSENFELD
431 I Street, Suite 201
Sacramento, California 95814
Telephone (916) 443-6600
Fax (916) 442-0244
E-Mail: courtnotices@unioncounsel.net
nstark@unioncounsel.net

Attorneys for Plaintiffs

*Attorneys for Defendant listed on next page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR ORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>LA SONIA MANSFIELD, doing business as MANSFIELD CONSTRUCTION CLEAN UP CO. SITE SUPPORT and MANSFIELD & MANSFIELD CONSTRUCTION CLEAN UP,<br><br>Defendant. | No. 25-cv-03557-TSH<br><br>**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND WITH THE COURT RETAINING JURISDICTION; ~~[PROPOSED]~~ ORDER THEREON**<br><br>Dept: Courtroom E, 15th Floor<br>Judge: Hon. Thomas S. Hixson |

Margaret J. Grover, Bar No. 112701
GROVER WORKPLACE SOLUTIONS, P.C.
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 654-1678
Email: mgrover@groverworkplacesolutions.com

Attorneys for Defendant

NOTICE IS HEREBY GIVEN, that Plaintiffs, The Board of Trustees, in their capacities as Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training and Retraining Trust Fund for Northern California ("Plaintiffs") and Defendant La Sonia Mansfield, doing business as Mansfield Construction Clean Up ("Defendant") (collectively, the "Parties"), by and through their attorneys of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to voluntarily dismiss the above-captioned action without prejudice and with the court retaining jurisdiction to enforce the terms of the settlement.

The Parties have agreed upon a resolution of this matter and Defendant is currently making the required payments to Plaintiffs. Additionally, pursuant to the terms of the written settlement agreement, the Parties respectfully request that the Court maintain jurisdiction over this case to interpret and enforce the settlement agreement until April 1, 2028 or until counsel for Plaintiffs has advised the Court that the settlement has been fully performed. Once the Agreement has been fully performed, Plaintiffs will file a Request for Dismissal with Prejudice.

Dated: August 27, 2026

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: */s/ Noah W. Stark*
KRISTINA L. HILLMAN
NOAH W. STARK

Attorneys for Plaintiffs

156969\1697453

Dated: August 26, 2026

GROVER WORKPLACE SOLUTIONS, P.C.

By: */s/ Margaret J. Grover*
MARGARET J. GROVER
Attorneys for Defendant



WEINBERG, ROGER & ROSENFELD
A Professional Corporation
431 I Street, Suite 201
Sacramento, California 95814
(916) 443-6600

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Noah W. Stark, attest that concurrence in filing of this document has been obtained from the other signatories.

Dated: August 27, 2026

By: */s/ Noah W. Stark*
NOAH W. STARK


WEINBERG, ROGER & ROSENFELD
A Professional Corporation
431 I Street, Suite 201
Sacramento, California 95814
(916) 443-6600

**~~[PROPOSED]~~ ORDER**

Based on the Parties' stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that this case be dismissed pursuant to the foregoing Stipulation without prejudice. The Court shall maintain jurisdiction over this case until April 1, 2028 or until such time as the Court receives notice that the settlement has been fully performed.

**IT IS SO ORDERED**.

Dated: August 27, 2026________

Honorable THOMAS S. HIXSON
United States Magistrate Judge



WEINBERG, ROGER & ROSENFELD
A Professional Corporation
431 I Street, Suite 201
Sacramento, California 95814
(916) 443-6600